730 A.2d 1278

IN THE MATTER OF RICHARD D. CARUSO,
AN ATTORNEY AT LAW.

June 28, 1999.

## ORDER

The Court on May 28, 1999, having ordered that **RICHARD D. CARUSO** of **BRICK,** who was admitted to the bar of this State in 1986, be temporarily suspended from the practice of law, pursuant to *Rule* 1:20–17(e)(1), effective June 28, 1999, unless respondent paid all administrative costs and interest assessed in a previous disciplinary matter or arranged a payment plan satisfactory to the Disciplinary Review Board prior to that date;

And the Disciplinary Review Board having reported to the Court that respondent has paid this date the sums assessed pursuant to *Rule* 1:20–17;

And good cause appearing;

It is ORDERED that the Order of May 28, 1999, is hereby vacated.